# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NEOUGREY BROWN**                                                            **PLAINTIFF**

v.                              No: 4:19-cv-00541 LPR-PSH

**KENDRA ROBERTS**                                                            **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Neougrey Brown filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 5, 2019 (Doc. No. 2), and was subsequently granted leave to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a) (Doc. No. 7). On January 28, 2021, Brown notified the Court of a new free-world address stating that he had been released from custody (Doc. No. 46). The same day, the Court ordered Brown to submit the remainder of the $350.00 filing fee or file a fully completed and signed

IFP application reflecting his free-world financial status within 30 days (Doc. No. 47). Brown was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2). Brown subsequently filed a motion for status update on March 11, 2021 (Doc. No. 48). The Court granted his motion and directed the Clerk of Court to send Brown a copy of the docket sheet along with the Court's January 28, 2021 Order and an application to proceed IFP (Doc. No. 49).

More than 30 days have passed since the Court re-mailed its January 28 Order and an application to proceed IFP. Brown has not complied or otherwise responded to the January 28 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Brown's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE and the pending motion for summary judgment filed by Defendant Kendra Roberts (Doc. No. 40) be denied as moot.

DATED this 26th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE