IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NEOUGREY BROWN**                                                                                **PLAINTIFF**

v.                                                   No: 4:19-cv-00541-LPR

**KENDRA ROBERTS**                                                             **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation ("PFR") submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 50). No objections have been filed and the time to do so has expired. After a careful and de novo review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Brown's Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE and the pending Motion for Summary Judgment filed by Defendant Kendra Roberts (Doc. 40) is DENIED as moot. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment is considered frivolous and not in good faith.

Dated this 29th day of June 2021.

                                                                              LEE P. RUDOFSKY
                                                                     UNITED STATES DISTRICT JUDGE