# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| **NEOUGREY BROWN** | **PLAINTIFF** |
| v. | No: 4:19-cv-00541-LPR |
| **KENDRA ROBERTS** | **DEFENDANT** |

## **JUDGMENT**

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Neougrey Brown's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 29th day of June 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE